## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANGELA W. ESPOSITO, as Chapter 7
Trustee of the Estate of Nancy P.
Cauffman a/k/a Nancy J. Cauffman,

      Plaintiff,

v.                                      Case No: 8:12-cv-1060-T-30MAP

GE MONEY BANK,

      Defendant.

_____

### ORDER OF DISMISSAL

      Before the Court is the Stipulation for Final Order of Dismissal With Prejudice (Dkt. #6).

Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice, each party to bear their own attorney's

      fees and costs.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 19th day of July, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1060 dismiss 6.docx