UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA W. ESPOSITO, as Chapter 7
Trustee of the Estate of Nancy P.
Cauffman a/k/a Nancy J. Cauffman,

    Plaintiff,

v.                                                 Case No: 8:12-cv-1060-T-30MAP

GE MONEY BANK,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Final Order of Dismissal With Prejudice (Dkt. #6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of July, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1060 dismiss 6.docx